149656  CK3010 $86.69

FILED
2010 JAN 12 PM 2:17
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| In Re: | ) Case No. 08-17378 |
|---|---|
|  | ) |
| Aaron M. Boulton | ) Chapter 7 |
|  | ) |
| Debtor | ) Judge Arthur I. Harris |

## TRANSMITTAL OF UNCLAIMED FUNDS

TO THE CLERK OF COURT:

The attached check No. 3010 in the amount of $86.69, represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| **Midland Credit Management, Inc.**<br>**8875 Aero Drive, Suite 200**<br>**San Diego, CA 92123** | 5 | $1,415.33 | $ 86.69 |

Dated: January 11, 2010

/s/ Sheldon Stein
Sheldon Stein, Trustee

cc: United States Truste08-20150